S. Ward Heinrichs, State Bar No. 157774
Karin L. Backstrom, State Bar No. 163306
**BACKSTROM & HEINRICHS**
**ATTORNEYS AT LAW, APC**
4565 Ruffner Street, Suite 206
San Diego, California 92111
Telephone: (858) 292-0792
Fax: (858) 874-8850

Attorneys for Plaintiffs MICHAEL P. LESSARD, ROBERT L. REAGAN, and on behalf of the state of California

UNITIED STATES DISCTICT COURT, EASTERN DISTRICT OF CALIFORNIA,

SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL P. LESSARD and ROBERT L. REAGAN for themselves and on behalf of all other similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>TRINITY PROTECTION SERVICES, INC., a Maryland Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  2:10-CV-01262-MCE-KJN<br><br>[PROPOSED] ORDER GRANTING REQUEST OF S. WARD HEINRICHS, ATTORNEY FOR PLAINTIFFS, TO APPEAR TELEPHONICALLY AT DEFENDANT'S HEARING FOR PROTECTIVE ORDER |

For good cause, Plaintiffs' attorney, S. Ward Heinrichs, may appear telephonically at Defendant's Hearing on Motion for Protective Order set for July 22, 2010 at 10:00 a.m. in Courtroom 25.  Mr. Heinrichs will make himself available to receive a call from the court on that day and time at: (619) 840-7274.

IT IS SO ORDERED.

DATED: July 13, 2010

    /s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

- 1 -

[PROPOSED] ORDER GRANTING REQUEST OF S. WARD HEINRICHS TO APPEAR TELEPHONICALLY AT DEFENDANT'S HEARING FOR PROTECTIVE ORDER