S. Ward Heinrichs, State Bar No. 157774
Karin L. Backstrom, State Bar No. 163306
**BACKSTROM & HEINRICHS**
**ATTORNEYS AT LAW, APC**
4565 Ruffner Street, Suite 206
San Diego, California 92111
Telephone:  (858) 292-0792
Fax: (858) 874-8850

Attorneys for Plaintiffs MICHAEL P. LESSARD,
ROBERT L. REAGAN, and on behalf of the state of
California

UNITIED STATES DISCTICT COURT, EASTERN DISTRICT OF CALIFORNIA,

SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL P. LESSARD and ROBERT L. REAGAN for themselves and on behalf of all other similarly situated employees,<br><br>                    Plaintiffs,<br><br>       v.<br><br>TRINITY PROTECTION SERVICES, INC., a Maryland Corporation, and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No.  2:10-CV-01262-MCE-KJN<br><br>STIPULATION AND ORDER TO ELECT REFERRAL ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271 |

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above entitled action to the

Voluntary Dispute Resolution Program.


Date: _____     /s/ S. Ward Heinrichs, Esq.
                                           S. Ward Heinrichs, Attorney for Plaintiffs

                                           COBLENTZ, PATCH, DUFFY & BASS, LLP

Date: _____     /s/ Na'il Benjamin, Esq.
                                           Na'il Benjamin, Attorneys for Defendant

IT IS SO ORDERED.

Dated: November 30, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

12942.008.1609434v1

STIPULATION AND ORDER TO ELECT REFERRAL ACTION TO VOLUNTARY
DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271