S. Ward Heinrichs, State Bar No. 157774
Karin L. Backstrom, State Bar No. 163306
**BACKSTROM & HEINRICHS**
**ATTORNEYS AT LAW, APC**
4565 Ruffner Street, Suite 206
San Diego, California 92111
Telephone: (858) 292-0792
Fax: (858) 874-8850

Attorneys for Plaintiffs MICHAEL P. LESSARD, ROBERT L. REAGAN, and on behalf of the state of California

UNITIED STATES DISCTICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL P. LESSARD, et al., | Case No. 2:10-CV-01262-MCE-KJN |
| Plaintiffs, | STIPULATION AND ORDER TO ELECT REFERRAL ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271 |
| v. | |
| TRINITY PROTECTION SERVICES, INC., a Maryland Corporation, | |
| Defendant. | |

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above entitled action to the Voluntary Dispute Resolution Program.

Date: _____/_____       /s/ S. Ward Heinrichs, Esq.
                                         S. Ward Heinrichs, Attorney for Plaintiffs
                                         COBLENTZ, PATCH, DUFFY & BASS, LLP

Date: _____     /s/ Na'il Benjamin, Esq.
                                         Na'il Benjamin, Attorneys for Defendant

IT IS SO ORDERED.

DATED: December 2, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE