S. Ward Heinrichs, State Bar No. 157774
Karin L. Backstrom, State Bar No. 163306
**BACKSTROM & HEINRICHS**
**ATTORNEYS AT LAW, APC**
4565 Ruffner Street, Suite 206
San Diego, California 92111
Telephone: (858) 292-0792
Fax: (858) 874-8850

Attorneys for Plaintiffs MICHAEL P. LESSARD,
ROBERT L. REAGAN, and on behalf of the state of
California

UNITIED STATES DISCTICT COURT, EASTERN DISTRICT OF CALIFORNIA,

SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL P. LESSARD and ROBERT L. REAGAN for themselves and on behalf of all other similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>TRINITY PROTECTION SERVICES, INC., a Maryland Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:10-CV-01262-MCE-KJN<br><br>STIPULATION AND ORDER TO ATTEND SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE KENDALL J. NEWMAN |

The parties, through their counsel of record, agree to attend the settlement conference set for March 29 at 9:00 a.m. before Magistrate Kendall J. Newman in department 25. The parties will submit their respective settlement conference statements by March 24, 2011.

Date:_____  /s/ S. Ward Heinrichs_____
                                    S. Ward Heinrichs, Attorney for Plaintiffs

                                    OGLETREE, DEAKINS, NASH SMOAK &
                                    STEWART, P.C.

Date:_____  /s/ Danielle Ochs-Tillotson_____
                                    Danielle Ochs-Tillotson, Attorneys for Defendant

IT IS SO ORDERED.

Date: March 22, 2011               _/s/ Kendall J. Newman
                                    KENDALL J. NEWMAN, MAGISTRATE

2:10-CV-01262

STIPULATION AND ORDER TO ATTEND SETTLEMENT CONFERENCE BEFORE
MAGISTRATE JUDGE KENDALL J. NEWMAN