S. Ward Heinrichs, State Bar No. 157774
Karin L. Backstrom, State Bar No. 163306
**BACKSTROM & HEINRICHS**
**ATTORNEYS AT LAW, APC**
4565 Ruffner Street, Suite 206
San Diego, California 92111
Telephone:  (858) 292-0792
Fax: (858) 874-8850

Attorneys for Plaintiffs MICHAEL P. LESSARD,
ROBERT L. REAGAN, and on behalf of the state of
California

Danielle Ochs-Tillotson (SBN 178677)
dot@ogletreedeakins.com
Carolyn B. Hall (SBN No. 212311)
carolyn.hall@ogletreedeakins.com,
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant
TRINITY PROTECTION SERVICES, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MICHAEL P. LESSARD and ROBERT L. REAGAN for themselves and on behalf of all other similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>TRINITY PROTECTION SERVICES, INC. a Maryland corporation and DOES 1 through 50, inclusive<br><br>Defendants. | Case No. 2:10-CV-01262-MCE-KJN<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND ALL RELATED DATES** |

IT IS HEREBY STIPULATED by and between Plaintiffs Michael P. Lessard and Robert L. Reagan ("Plaintiffs") and Defendant Trinity Protection Services, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, as follows:

WHEREAS, on March 29, 2010, Plaintiffs commenced this action against Defendant Trinity Protection Services, Inc. in the Superior Court of the State of California, County of San Joaquin;

WHEREAS, on May 21, 2010, Defendant timely removed the action to this district;

WHEREAS, trial of this matter is currently set for April 9, 2012;

WHEREAS, the non-expert discovery deadline is currently set for June 9, 2011;

WHEREAS, on March 29, 2011 the Parties participated in a settlement conference presided over by Judge Kendall J. Newman;

WHEREAS, in the course of the settlement conference counsel for Defendant first learned of a related pending class action filed by Plaintiffs in the Superior Court of the State of California, County of Alameda and removed to the United States District Court for the Northern District of California;

WHEREAS, the Parties need to explore whether the related cases should be consolidated and/or transferred to this district;

WHEREAS, the Parties wish to engage in further settlement discussions, including the possibility of a global settlement encompassing the instant case and the related case pending in the Northern District;

WHEREAS, the Parties have concurrently submitted to Magistrate Judge Kendall J. Newman a joint stipulation and proposed order to continue the April 14, 2011 hearing on Plaintiffs' pending Motions to Compel by sixty (60) days;

WHEREAS, in light of the aforementioned, the Parties believe that the trial date and all related motion and discovery deadlines should be continued for at least sixty (60) days in order to allow the Parties to address the consolidation issue and the opportunity to make a good faith effort to settle the claims while reducing cost and expenditure of judicial resources; and

WHEREAS, no prior trial continuances have been requested by the Parties and the Parties

believe that the interest of justice would be served by a short continuance.

**THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiffs and Defendant, through their respective counsel, as follows:

1. The trial date presently set for April 9, 2012 be continued for at least sixty (60) days to allow the Parties to address the consolidation issue and to attempt to settle their dispute.

2. All applicable deadlines, including discovery and dispositive motion deadlines, shall be continued accordingly and calculated from the new trial date.

DATED: April 1, 2011                     OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Danielle Ochs-Tillotson
    Danielle Ochs-Tillotson
    Carolyn B. Hall
    Attorneys for Defendant Trinity Protection Services, Inc.

DATED: April 1, 2011                     BACKSTROM & HEINRICHS


By: /s/ S. Ward Heinrichs
    S. Ward Heinrichs
    Attorneys for Plaintiffs Michael P. Lessard and Robert L. Reagan

**ORDER**

Based on the foregoing Stipulation of the Parties, and good cause appearing therefor, it is hereby ORDERED that:

The trial date presently set for April 9, 2012 is continued to July 2, 2012 to allow the Parties to attempt to settle their dispute. Related deadlines will be calculated with reference to that new trial date and a comprehensive Amended Pretrial Scheduling Order will be forthcoming accordingly.

Dated:  April 6, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE