1  S. Ward Heinrichs, State Bar No. 157774
   Karin L. Backstrom, State Bar No. 163306
2  **BACKSTROM & HEINRICHS**
   **ATTORNEYS AT LAW, APC**
3  4565 Ruffner Street, Suite 206
   San Diego, California 92111
4  Telephone:  (858) 292-0792
   Fax: (858) 874-8850
5
   Attorneys for Plaintiffs MICHAEL P. LESSARD,
6  ROBERT L. REAGAN, and on behalf of the state of
   California
7
   Danielle Ochs-Tillotson (SBN 178677)
8  dot@ogletreedeakins.com
   Carolyn B. Hall (SBN No. 212311)
9  carolyn.hall@ogletreedeakins.com,
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10 Steuart Tower, Suite 1300
   One Market Plaza
11 San Francisco, CA  94105
   Telephone:    415.442.4810
12 Facsimile:    415.442.4870

13 Attorneys for Defendant
   TRINITY PROTECTION SERVICES, INC.
14

15                        **UNITED STATES DISTRICT COURT**

16                        **EASTERN DISTRICT OF CALIFORNIA**

17                              **SACRAMENTO DIVISION**

18 | MICHAEL P. LESSARD and ROBERT L. REAGAN for themselves and on behalf of all other similarly situated employees, | Case No. CV-10-1262-MCE-KJN |

   **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON PLAINTIFFS' MOTIONS TO COMPEL**

   Plaintiffs,

   v.

   TRINITY PROTECTION SERVICES, INC. a Maryland corporation and DOES 1 through 50, inclusive

   Defendants.

---

Case No. CV-01262-MCE-KJN
JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFFS' MOTIONS TO COMPEL

1  IT IS HEREBY STIPULATED by and between Plaintiffs Michael P. Lessard and Robert L. Reagan ("Plaintiffs") and Defendant Trinity Protection Services, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, as follows:

WHEREAS, Plaintiffs filed their Motion to Compel Answers to Interrogatories and Request for Production of Documents to Which Defendant Did Not Respond ("First Motion to Compel") on February 10, 2011 and originally set the hearing date for March 10, 2011;

WHEREAS, the Court reset the hearing date to March 31, 2011 based on its unavailability on March 10, 2011;

WHEREAS, Plaintiffs filed their Motion to Compel Sufficiency of Answers and Objections to Request for Admissions, Set One ("Second Motion to Compel") on March 10, 2011 to be heard on March 31, 2011, the date reset for hearing on the First Motion to Compel (the First Motion to Compel and the Second Motion to Compel are hereinafter referred to as the "Motions to Compel");

WHEREAS, the undersigned counsel for Defendant were substituted as counsel on March 11, 2011 and filed respective notices of appearance on March 15, 2011;

WHEREAS, on March 17, 2011 the Court granted Defendant's *Ex Parte* Application to Continue the March 31, 2011 Hearing on Plaintiffs' Motions to Compel and continued the hearing date thereon to April 14, 2011;

WHEREAS, on March 29, 2011 the Parties participated in a settlement conference presided over by Magistrate Judge Kendall J. Newman;

WHEREAS, in the course of the settlement conference counsel for Defendant first learned of a related pending class action filed by Plaintiffs in the Superior Court of the State of California, County of Alameda and removed to the United States District Court for the Northern District of California;

WHEREAS, the Parties need to explore whether the related cases should be consolidated and/or transferred to this district;

WHEREAS, the Parties wish to engage in further settlement discussions, including the possibility of a global settlement encompassing the instant case and the related case pending in the Northern District;

1    WHEREAS, the Parties have concurrently submitted to District Judge Morrison C. England, Jr. a joint stipulation and proposed order to continue the trial date and all related dates by sixty (60) days;

4    WHEREAS, the Parties agree that the continuance requested herein is contingent upon Judge England signing the above-mentioned stipulation and proposed order to continue the trail date and all related dates; and

7    WHEREAS, in light of the aforementioned, the Parties agree that the hearing on Plaintiffs' Motions to Compel should be continued for sixty (60) days, but in no event for a greater period of time than Judge England extends the present June 9, 2011 non-expert discovery deadline, in order to allow the Parties the opportunity to address the consolidation issue and to make a good faith effort to settle the claims while reducing cost and expenditure of judicial resources.

**THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiffs and Defendant, through their respective counsel, as follows:

1    Subject to Judge Morrison having continued the trial date and all related dates by at least sixty (60) days, the hearing on the Motions to Compel will be continued to June 13, 2011 at 10:00 a.m. in Department 25, or to a date thereafter more convenient to the Court, but in no event to a date that is for a greater period of time than Judge England's extension of the present June 9, 2011 non-expert discovery deadline.

2.    The applicable deadline for submitting the Joint Statement re Discovery Disagreement pursuant to Local Rule 251 shall be continued accordingly.

DATED:  April 1, 2011         OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                              By:  /s/ Danielle Ochs-Tillotson
                                   Danielle Ochs-Tillotson
                                   Carolyn B. Hall
                                   Attorneys for Defendant Trinity Protection Services, Inc.

DATED:  April 1, 2011         BACKSTROM & HEINRICHS

                              By:  /s/ S. Ward Heinrichs
                                   S. Ward Heinrichs
                                   Attorneys for Plaintiffs Michael P. Lessard and Robert L. Reagan

**ORDER**

Based on the foregoing Stipulation of the Parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing on Plaintiffs' Motions to Compel presently set for April 21, 2011 (Dkt. Nos. 35, 58), is continued to Thursday, June 16, 2011, at 10:00 a.m., in Courtroom 25.[1]

2. The applicable deadline for submitting the Joint Statement re Discovery Disagreement pursuant to Local Rule 251 is continued accordingly.

DATED: April 8, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] On April 7, 2011, United States District Judge Morrison C. England, Jr. approved the parties' stipulation and continued the trial date in this case until July 2, 2012. (Order, Apr. 7, 2011, Dkt. No. 85.) That order states that "[r]elated deadlines will be calculated with reference to the new trial date and a comprehensive Amended Pretrial Scheduling Order will be forthcoming accordingly." (Id.)