S. Ward Heinrichs, State Bar No. 157774
Karin L. Backstrom, State Bar No. 163306
**BACKSTROM & HEINRICHS**
**ATTORNEYS AT LAW, APC**
4565 Ruffner Street, Suite 206
San Diego, California 92111
Telephone: (858) 292-0792
Fax: (858) 874-8850

Attorneys for Plaintiffs MICHAEL P. LESSARD, ROBERT L. REAGAN, and on behalf of the state of California

UNITIED STATES DISCTICT COURT, EASTERN DISTRICT OF CALIFORNIA,

SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL P. LESSARD and ROBERT L. REAGAN for themselves and on behalf of all other similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>TRINITY PROTECTION SERVICES, INC., a Maryland Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:10-CV-01262-MCE-KJN<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST OF S. WARD HEINRICHS, ATTORNEY FOR PLAINTIFFS, TO APPEAR TELEPHONICALLY AT PLAINTIFF'S MOTION HEARING TO COMPEL DISCOVERY |

For good cause, Plaintiffs' attorney, S. Ward Heinrichs, may appear telephonically at Plaintiff's Motion Hearing to Compel Discovery set for June 16, 2011 at 10:00 a.m. in Courtroom 25. Mr. Heinrichs will make himself available to receive a call from the court on that day and time at: (619) 840-7274.

IT IS SO ORDERED.

DATED: June 13, 2011

                                            /s/ KENDALL J. NEWMAN
                                            KENDALL J. NEWMAN
                                            U. S. Magistrate Judge

[~~PROPOSED~~] ORDER GRANTING REQUEST OF S. WARD HEINRICHS, ATTORNEY FOR PLAINTIFFS, TO APPEAR TELEPHONICALLY AT PLAINTIFF'S MOTION HEARING TO COMPEL DISCOVERY