1  S. WARD HEINRICHS (SBN 157774)
   KARIN L. BACKSTROM (SBN. 163306)
2  BACKSTROM & HEINRICHS
   ATTORNEYS AT LAW, APC
3  4565 Ruffner Street, Suite 206
   San Diego, California  92111
4  Telephone:    858.292.0792
   Facsimile:    858.874.8850
5  Email:        WARDLAW645@aol.com

6  Attorneys for Plaintiffs
   MICHAEL P. LESSARD, ROBERT L.
7  REAGAN, and on behalf of the State of California

8

9  DANIELLE OCHS-TILLOTSON (SBN 178677)
   dot@ogletreedeakins.com
10 CAROLYN B. HALL (SBN 212311)
   carolyn.hall@ogletreedeakins.com
11 OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
12 One Market Plaza
   San Francisco, CA  94105
13 Telephone:    415.442.4810
   Facsimile:    415.442.4870
14
   Attorneys for Defendant
15 TRINITY PROTECTION SERVICES, INC.

16

17 **UNITED STATES DISTRICT COURT**

18 **EASTERN DISTRICT OF CALIFORNIA**

19 **SACRAMENTO DIVISION**

20

21 | MICHAEL P. LESSARD and ROBERT L. REAGAN for themselves and on behalf of all other similarly situated employees, | Case No. 10-cv-01262-MCE-KJN |
   |---|---|
   | Plaintiffs, | **STIPULATION AND ORDER RE: VOLUNTARY DISMISSAL WITH PREJUDICE** |
   | v. | |
   | TRINITY PROTECTION SERVICES, INC. a Maryland corporation and DOES 1 through 50, inclusive | |
   | Defendants. | |

28

Case No. 10-cv-01262-MCE-KJN
**STIPULATION AND ORDER RE: VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Michael P. Lessard and Robert L. Reagan ("Plaintiffs") and Defendant Trinity Protection Services, Inc. ("Trinity"), by and through their respective undersigned counsel of record, HEREBY STIPULATE AND AGREE as follows:

WHEREAS:

A.   Plaintiffs are employed by Trinity.

B.   Plaintiffs asserted claims against Trinity arising out of Plaintiffs' employment with Trinity (the "Claims").  The Claims were set forth by Plaintiffs in two actions: (1) a matter currently pending in the United States District Court for the Eastern District of California entitled *Michael P. Lessard and Robert L. Reagan for themselves and on behalf of all other similarly situated employees v. Trinity Protection Services, Inc., a Maryland corporation, and DOES 1 through 50 inclusive*, Case No. 10-cv-01262-MCE-KJN ("*Lessard I*"); and (2) a matter currently pending in the Superior Court of the State of California for the County of Alameda entitled *Michael P. Lessard and Robert L. Reagan for themselves and on behalf of all other similarly situated employees v. Trinity Protection Services, Inc., a Maryland corporation, and DOES 1 through 50 inclusive*, Case No. RG10538047 ("*Lessard II*") (collectively, the "Actions").

C.   Trinity denies Plaintiffs' allegations, denies that it had any legal or equitable responsibility for the damages and injuries claimed by Plaintiffs, and denies that it has engaged in any wrongdoing whatsoever.

D.   Plaintiffs have not filed a Motion for Class Certification under Federal Rule of Civil Procedure 23 and neither Court in either of the Actions has certified a class.

E.   Neither of the Courts nor any party or counsel has issued any notice to any proposed class.  Plaintiffs' counsel, however, has advised witnesses to whom he spoke during the investigation of the cases that the Actions have been settled for the benefit of the named Plaintiffs only and that the cases are being dismissed without prejudice as to any claims other than those of the named Plaintiffs.

////

////

**STIPULATION AND ORDER RE: VOLUNTARY DISMISSAL WITH PREJUDICE**

F.   The parties desire to resolve any and all disputes between them, including the Actions and any other disputes arising out of or in any way related to Plaintiffs' employment with Trinity, including both the specific claims asserted by Plaintiffs, and all other claims, whether known or unknown, arising out of any fact or event which occurred prior to the date of the parties' settlement.  Towards that end, the parties have held two settlement conferences before Magistrate Judge Kendall J. Newman of the Eastern District of California, which addressed both Actions collectively.  The parties thereafter voluntarily entered into a settlement, the terms of which are embodied in a detailed Confidential Settlement Agreement (the "Settlement Agreement").

G.   Plaintiffs acknowledge the presence of defenses to the *Lessard I* action. Plaintiffs further acknowledge that good cause exists for dismissing *Lessard I* and *Lessard II*, including Trinity's limited financial resources, which renders further litigation imprudent.

H.   The parties acknowledge that this settlement is intended to be limited to the named Plaintiffs and does not prejudice any individual who is not a "Released Party" (as defined in the Settlement Agreement) and/or a signatory to the Settlement Agreement.

I.   Because the parties recognize the presence of defenses to the *Lessard I* action that render the outcome uncertain, none of the monetary portion of the consideration set forth in the Settlement Agreement is allocated to the civil penalties alleged in *Lessard I*.

J.   The parties agree to have this Court retain jurisdiction to enforce the terms of the Settlement Agreement.

K.   The parties agree to have this Court dismiss this action with prejudice as to both named Plaintiffs.

*//*

*//*

*//*

*//*

*//*

*//*

*//*

1   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the Court
2 dismisses the individual claims of the named Plaintiffs with prejudice and any other potential
3 claims in this action without prejudice.

4

5 DATED: October 12, 2011                    OGLETREE, DEAKINS, NASH, SMOAK &
                                             STEWART, P.C.
6

7                                            By: __/ s / Danielle Ochs-Tillotson_____
                                                  DANIELLE OCHS-TILLOTSON
8                                                 CAROLYN B. HALL
                                                  Attorneys for Defendant
9                                                 TRINITY PROTECTION SERVICES, INC.

10

11 DATED: October 12, 2011                   BACKSTROM & HEINRICHS, APC

12

13
                                             By: ___/ s / S. Ward Heinrichs_____
14                                                S. WARD HEINRICHS
                                                  Attorney for Plaintiffs
15                                                MICHAEL P. LESSARD and ROBERT L.
                                                  REAGAN
16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

On the stipulation of the parties and GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that: (1) the settlement of the claims of the named Plaintiffs in this action (10-cv-01262-MCE-KJN) is approved and the named Plaintiffs' claims are dismissed in their entirety with prejudice; (2) any other claims in this action are dismissed without prejudice; (3) based on the representations of the parties, none of the monetary portion of the settlement consideration is allocated to the civil penalties alleged in this action; (4) the Court shall retain jurisdiction to enforce the terms of the Settlement Agreement; and (5) this action shall be dismissed in its entirety, each side to bear its own costs and attorneys' fees, except as provided in the confidential Settlement Agreement.  The Clerk of the Court is directed to close this case.

Dated: October 17, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE